# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2022

## NO. 03-21-00227-CV

**Roger Borgelt, Mark Pulliam, Jay Wiley, and The State of Texas, Appellants**

**v.**

**Austin Firefighters Association, IAFF Local 975; City of Austin; and Spencer Cronk, in his Official Capacity as the City Manager of the City of Austin, Appellees**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA, KELLY
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on March 24, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.